UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RE'XAVION JAVARIES STANLEY,
    Plaintiff,

v.                                                   Case No. 5:23cv313-TKW/MJF

AARON WILLIAMS, et al.,
    Defendants.
_____/

# **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12).[1]   No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders and failure to prosecute.   Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice for failure to comply with

---

[1] The copy of the Report and Recommendation that was mailed to Plaintiff's address of record was returned by the post office as undeliverable and no forwarding address was located for Plaintiff.  *See* Doc. 13.  Plaintiff's failure to keep the Court apprised of his current address provides another justification for dismissing this case.

Page 2 of 2

court orders and failure to prosecute.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 15th day of July, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**